IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                        Cr. S-07 MJ 183 KJM

    vs.

JAMES CARPENTER,

    Defendant.                                       ORDER

_____/

        This matter was on calendar on August 9, 2007 for defendant's change of plea and sentencing.

        Defendant is hereby advised that he has the right to appeal the sentence imposed, although it appears he waived the right to appeal as part of his plea agreement. Any notice of appeal must be filed with the court within ten days from today's date.

DATED: August 9, 2007.

                                                                _____
                                                                U.S. MAGISTRATE JUDGE